IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig St. John,              )<br>                                           )<br>         Plaintiff,           )<br>                                           )<br>vs.                                  )<br>                                           )<br>Windham Professionals Inc,   )<br>                                           )<br>         Defendant.         )<br>_____) | No. CV-09-564-PHX-FJM<br><br>**ORDER** |

Pursuant to this court's order of June 5, 2009, IT IS ORDERED dismissing this action without prejudice for failure to serve within the time limits imposed by Rule 4(m), Fed. R. Civ. P., and for failure to prosecute under Rule 41(b), Fed. R. Civ. P.

DATED this 23rd day of June, 2009.

_____
Frederick J. Martone
United States District Judge